NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


CARL ZINCK,                          )
                                     )
        Appellant,                 )
                                     )
v.                                   )          Case No. 2D17-2915
                                     )
STATE OF FLORIDA,                    )
                                     )
        Appellee.                  )
_____)

Opinion filed February 16, 2018.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for Collier
County; Christine Greider, Judge.


PER CURIAM.

        Affirmed.


SILBERMAN, BLACK, and BADALAMENTI, JJ., Concur.